**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

GULF PRODUCTION COMPANY INC., ET AL      *      CIVIL ACTION

                                         *

VERSUS                                   *      NO. 08-5016

                                         *      C/W 09-104, 09-2779

                                         *

HOOVER OILFIELD SUPPLY, INC., ET AL      *      SECTION "B"(4)

<u>ORDER</u>

Considering the State of Louisiana's Ex Parte Motion to Withdraw Its Motion To Strike (Rec. Doc. No. 291),

**IT IS ORDERED** that the foregoing motion is **GRANTED,** the State of Louisiana's Motion to Strike Hoover's Motion for Review Of Magistrate Judge's Order (Rec. Doc. No. 272) is hereby **WITHDRAWN**.

New Orleans, Louisiana, this 11TH day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE